UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STX PAN OCEAN CO. LTD.,  :  08 Civ. 9515 (SHS)

         Plaintiff,  :

  -against-  :  ORDER

CEMENTAI GROUP INTERNATIONAL LTD.,  :

         Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

On November 5, 2008, an order for issuance of process of maritime attachment was signed by this Court. At a pretrial conference on March 27, at which only plaintiff's counsel appeared, that counsel represented to the Court that as of March 27, no funds had been attached. Accordingly,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: New York, New York
      March 30, 2009

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09